21st Services, LLC
333 South Seventh Street
Suite 300
Minneapolis, MN 55402

AMS Limited
The Continental Building
25 Church Street, 2nd Floor
Hamilton Hm12
Bermuda

Anthony Mitchell
2063 Sunderland Ave.
Wellington, FL 33414

Arthur Cox
Ten Earlsfort Terrace
Dublin 2
D02 T380
Ireland

CAFICO
Grand Canal House
1 Upper Grand Canal Street Upper Dublin 4
D04 Y7R5
Ireland

CAFICO International
2nd Flr Palmerston House, Fenian Street
Dublin
D02 WD37
Ireland

Capitol Corporate Services Inc
PO BOX 1831
Austin, TX 78767

CLMG Corp.
7195 Dallas Parkway
Attn:  James Erwin
Plano, TX 75024

CLMG Corp.
As Administrative Agent
7195 Dallas Parkway
Plano, TX 75024

Conyers Dill & Pearman
Clarendon House
2 Church Street
Hamilton Hm11
Bermuda

CSC Trust Company of Delaware
2711 Centerville Road
Suite 400
Wilmington, DE 19808

Curtis, Mallet-Prevost, Colt & Mosle LLP
P.O. Box. 27930
New York, NY 10087-7930

Daniel Coker Horton & Bell
4400 Old Canton Road
Suite 400
Jackson, MS 39215-1084

David Thompson
Moat House
11 Fort Hamilton Drive
Pembroke HM19
Bermuda

Delaware Trust Company
251 Little Falls Drive
Attn: Michelle Dreyer
Wilmington, DE 19808

District Director
Attn:  Insolvency
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Wilmington, DE  19801

DLA Piper LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

Eileen Mulholland
2nd Flr. Palmerston House, Fenian Street
Dublin 2
D02 WD37
Ireland

Ellen W. Slights, Esq.
United States Attorney s Office

District of Delaware
1007 N. Orange Street, Suite 700
Newark, DE  19711-5445

Emergent Capital, Inc.
5355 Town Center Road #71
Attn: Office of General Counsel
Boca Raton, FL 33486

Grant Thornton
24-26 City Quay
Dublin 2
D01 NY19
Ireland

Hodre Group Limited
19 Queen Street
Hamilton Hm11
Bermuda

Holland & Knight LLP
PO Box 864084
Orlando, FL 32886-4084

Houlihan Lokey
10250 Constellation Blvd., 5th Floor
Los Angeles, CA 90067

Imperial Finance & Trading LLC
701 Park of Commerce Blvd., Ste 301
Attn: Office of General Counsel
Boca Raton, FL 33487

Imperial Finance & Trading LLC
5355 Town Center Road #71
Attn: Office of General Counsel
Boca Raton, FL 33486

Imperial Finance and Trading
5355 Town Center Road
Boca Raton, FL 33486

Internal Revenue Service
Attn: Insolvency
1352 Marrows Road, 2nd Floor
Philadelphia, PA  19114

Internal Revenue Service
P.O. BOX 21126
New York, NY  10281-1022

Jason R. Sutherland
46 Cambridge Road
London SW11 4RR
United Kingdon

K&L Gates LLP
600 N King Street
Suite 901
Wilmington, DE 19801

Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019

Lagoon Court
Lagoon Court Building
PO Box CB 11148
Old Town Sandyport
Nassau, Bahamas

Lamington Road Bermuda LTD
The Continental Building
25 Church Street
Hamilton HMAX, BERMUDA

Lamington Road Bermuda Ltd.
c/o AMS Limited
The Continental Building, 25 Church Street
PO Box Hm265
Hamilton HMAX Bermuda

Lennox Paton
3 Bayside Executive Park
West Bay Street
PO Box N-4875
Nassau, Bahamas

Lewis & Ellis
700 Central Expressway South
Suite 550
Allen TX 75013

LexServ
MLF LexServ, LP
4350 East-West Highway, Suite 905

Attn: Nathan A. Evans, President & CEO
Bethesda, MD 20814

LexServ
MLF LexServ, LP
4350 East-West Highway, Suite 905
Attn:  Mario Coniglio, COO
Bethesda, MD 20814

Life Echo Consulting
7401 Wiles Road
Coral Springs, FL 33067

LNV Corporation
c/o CLMG Corp.
7195 Dallas Parkway
Attn:  James Erwin
Plano, TX 75024

Mark Schonfeld, Esq.
Regional Director
Securities & Exchange Commission
3 World Financial Center, Suite 400
Washington, DC  20554

Markley Asset Portfolio, LLC
5355 Town Center Road #71
Attn: Office of General Counsel
Boca Raton, FL 33486

Matthew Berry, Esq.
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC  20549

Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC  20530-0001

Michael B. Mukasey, Esq.
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20005-4026

Miriam Martinez
Emergent Capital, Inc.
5355 Town Center Road #701
Boca Raton, FL 33486

MLF LEXSERV
4350 East West Highway
Suite 905
Bethesda, MD 20814

OLIPP IV, LLC
5355 Town Center Road #71
Attn: Office of General Counsel
Boca Raton, FL 33486

PricewaterhouseCoopers LLP
PO Box 932011
Atlanta, GA 31193-2011

Reed Smith LLP
P.O. Box 10096
Uniondale, NY 11555-10096

Rodney O'Rourke
2nd Flr. Palmerston House, Fenian Street
Dublin 2
D02 WD37
Ireland

Rory O'Connell
40 Colles Avenue
Morristown, NJ 07960

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Secretary of Treasury
P.O. Box 7040
Washington, DC  20220

Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20005

Sinead Treacy
2nd Flr. Palmerston House, Fenian Street

Dublin 2
D02 WD37
Ireland

Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Waldman Trigoboff Hildebrandt & Calnan, P.A.
100 N.E. Third Avenue
Suite 780
Fort Lauderdale, FL 33301

Waller Lansden Dortch & Davis LLP
511 Union Street
Suite 2700
Nashville,, TN 37219

Waller Lansden Dortch & Davis LLP
100 Congress Avenue
Suite 1800
Austin, TX 78701

Weinberg Zareh Malkin Price LLP
45 Rockefeller Plaza, 20th Floor
New York, NY 10111

White & Case LLP
Thomas Lauria, Esq.
1221 Avenue of the Americas
New York, NY 10020-1095

Wilmington Trust, N.A., as Indenture Trustee
300 Park Street
Birmingham, MI 48009

Wilmington Trust, National Association
300 Park Street, Suite 390
Attn: Capital Markets Insurance Services
Birmingham, MI 48009

Wilmington Trust, National Association
300 Park Street
Suite 300
Birmingham, MI 48009

Winston & Strawn LLP
333 S Grand Ave.
Los Angeles, CA 90071-1543

Yolanda Kelley
2nd Flr. Palmerston House, Fenian Street
Dublin 2
D02 WD37
Ireland